FILED

06/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0243

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**Supreme Court Cause No. DA 23-0243**

| | |
|---|---|
| CHELSEY S. DREW,<br><br>     Petitioner/Appellee,<br>and<br><br>CHAZ M. HYLAND,<br><br>     Respondent/Appellant. | ORDER GRANTING EXTENSION |

THIS MATTER came before the Court upon the Stipulation to Extend Briefing Schedule filed herein by Appellee. Finding that the parties have stipulated to a filing extension, the Court hereby orders that Appellee's brief shall be filed on or before July 29, 2023.

DATED AND SIGNED ELECTRONICALLY BELOW.

CC:   Christopher J. Gillette/Attorney for Petitioner
       Peter Tomaryn/Attorney for Respondent

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 23 2023